# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> AMH LOGISTICS, INC. et al., <br><br> Defendants. | Case No. 1:19-cv-01081-AWI-EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S APPLICATION FOR WRIT OF POSSESSION <br><br> (ECF NOS. 7 & 21) |

Plaintiff, Commercial Credit Group Inc., ("Plaintiff") filed this Complaint against Defendants, AMH Logistics, Inc., aka AMH Logistics Inc., ("AMH"); AM2 Logistic Inc., aka AM2 Logistic Inc. ("AM2"); Karnvir Singh ("Singh"); Maninder Kaur Bains ("Bains"); AMK Transport Inc., ("AMK"); and BKSG Transportation, LLC ("BKSG") (collectively "Defendants") on August 6, 2019. (ECF No. 1.) On August 12, 2019, filed an application for a writ of possession pursuant to California Code of Civil Procedure section 512.010, et seq. ("writ application"), allowing it to possess certain vehicles (referred to in the findings and recommendations and herein as the "repossession vehicles") pledged as collateral for Loans that Defendants have allegedly defaulted upon.

On November 6, 2019, Magistrate Judge Erica Grosjean entered findings and recommendations recommending that Plaintiff's writ application be granted and that Plaintiff's request for a turnover order and private place order in connection with the writ of possession be granted. (ECF No. 21.)

Defendants, who have made no appearance in this action, were provided an opportunity to filed objections to the findings and recommendations but did not do so.

1

In accordance with the provisions of 28 U.S.C. § 636(b0(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this matter. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 6, 2019 are ADOPTED in full;
2. Plaintiff's application for a writ of possession under California Civil Procedure Code § 512.010 (ECF No. 7.) is granted;
3. The Clerk of Court shall immediately issue a writ of possession directing the United States Marshal within whose jurisdiction the property listed below, or some part of it, is located, to seize said property and retain custody of the property until released or sold pursuant to California Civil Procedure Code § 514.030. The levying officer shall further comply with all applicable requirements of California Civil Procedure Code §§ 514.010-514.050. The following property may be seized pursuant to the writ of possession:

| Equipment Description | Serial Number |
|---|---|
| 2017 Great Dane Everest ETL-111 53x102 Refrigerated Trailer with Air Ride Tandem Axle, Four (4) Aluminum Outer Wheels and Four (4) | 1GRAA0628HB702793 |
| 2016 Great Dane ESS-1114-11053 53x102 Aluminum Refrigerated Trailer with Four (4) Aluminum Outer Wheels and Four (4) Steel Inner | 1GRAA0622GW703073 |
| 2016 Great Dane ESS-1114-11053 53x102 Sheet and Post Refrigerated Trailers, Stainless Steel Exter or Front, Aluminum Corrugated | 1GRAA0620GW704822 |

| # | Sid | |
|---|---|---|
| 1 | | |
| 2 | 2017 Kenworth T680 76" High Roof Sleeper with Paccar MX13 500hp engine, Eaton FO18E31 1A Ultrashift Plus Transmission | 1XKYDP9X5HJ127630 |
| 3 | 2014 utility VS2RA 53' x 102" Refrigerated Trailer with Thermoking SB230 Refrigeration Unit S/N 6001134612 | 1UYVS2534EU786921 |
| 4 | 2016 Kenworth T680 Sleeper tractor | 1XKYDP9X5GJ482604 |
| 5 | 2016 Kenworth T680 Sleeper tractor | 1XKYDP9X5GJ119459 |
| 6 | 2016 Utility VS2RA 53' x 102" Refrigerated Trailer with Thermoking S-600 Refrigeration Unit S/N 6001196679 | 1UYVS2537GU571939 |
| 7 | 2016 Utility VS2RA 53' x 102" Refrigerated Trailer with Thermoking S-600 Refrigeration Unit S/N 6001196683 | 1UYVS2533GU571937 |
| 8 | 2016 Utility VS2RA 53x102 Refrigerated Trailers with Hendrickson Air Ride Suspension, Sliding Tandem Axle, Corrugated S | 1UYVS2536GU597917 |
| 9 | 2015 Kenworth T680 Sleeper Truck, 76" Aerodyne Sleeper, Cummins ISX 525 HP Engine, 1 Speed Trans | 1XKYD49X2FJ436919 |
| 10 | 2016 Utility VS2RA 53x102 Refrigerated Trailer, Hendrickson Surelok Anti-Dock Walk Device, 36" Kingpin, Hendrickson Ult | 1UYVS2532GU571833 |
| 11 | 2016 Volvo VNL64T670 61" Tall Roof Integral sleeper with Volvo I-Shift ATO2612D 12-Spe | 4V4NC9EH2GN965993 |

3

| | |
|---|---|
| 2015 Kenworth T660 Tractor with 72" Aerodyne Sleeper, Double Bunk, Cummins ISX 525 HP Engine, Jake Brake, 13 Speed Tran | 1XKYDP9XXFJ426379 |
| 2016 Volvo VNL64T670 61" tall roof integral sleeper with Volvo Eco-Torque D13 455hp Engine, Volvo I-Shift ATO2612D 12-Spe | 4V4NC9EH9GN965991 |
| 2009 Utility Refrigerated Trailer with Carrier Unit s/n/: LAU91088861 | 1UYVS25399U721410 |
| 2009 Utility Refrigerated Trailer with Carrier Unit s/n: LAZ91087773 | 1UYVS25349M749518 |
| 2009 Utility Refrigerated Trailer with Carrier Unit s/n: LAY91082870 | 1UYVS25359U721307 |

4. The Clerk of Court is directed to attach a copy of the findings and recommendations issued on November 6, 2019, along with a copy of this order, to the writ of possession.
5. The Court finds that Plaintiff has shown probable cause to believe that the repossession vehicles are located at any of the following addresses:
    - 2347 W. Belmont Avenue, Fresno, California 93728
    - 2021 N. Milpitas Boulevard, Suite 227 E, Milpitas, California 95035
    - 7684 N. Gilroy Avenue, Fresno, California 93722
    - 2014 Tulare Street, Suite 213, Fresno, California 93721
    - 6569 N. Riverside Drive, Suite 309, Fresno, California 93722
    - 5430 W. Palo Alto, Suite 108, Fresno, California 93722

    and that when levying the writ of possession, the levying officer(s) may enter the above-listed premises for purposes of seizing any or all of the subject vehicles.
6. If any or all of the subject vehicles cannot be found at the foregoing addresses, Plaintiff may apply *ex parte* in writing to this Court for an endorsement on the writ directing the levying officer seize the property at any other private place not specified

in the writ, in accordance with California Civil Procedure Code § 512.090.

7. Pursuant to California Civil Procedure Code § 512.070, Defendants are further directed to transfer possession of the repossession vehicles as described above to Plaintiff via the United States Marshal, and Defendants are cautioned that failure to turn over possession of the property to Plaintiff may subject Defendants to being held in contempt of Court.

8. The United States Marshal, in executing the writ of possession issued by this Court may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the writ of possession described above is located—to wit:

    - 2014 Tulare St., Suite 213, Fresno, CA 93721
    - 6569 N. Riverside Dr., Suite 309, Fresno, CA 93722
    - 5430 W. Palo Alto, Suite 108, Fresno, CA 93722
    - 2021 N. Milpitas Blvd, Suite 227E, Milpitas, CA 95035
    - 7684 N. Gilroy Ave, Fresno CA 93722
    - 2347 W. Belmont Ave, Fresno CA 93728

9. Defendants are hereby informed that they may prevent levy of the writ of possession or obtain redelivery of the property after levy of the writ of possession, if they file an undertaking pursuant to California Civil Procedure Code § 515.020 in the amount of $2,574.182.00.

IT IS SO ORDERED.

Dated:   December 18, 2019            _____
                                        SENIOR  DISTRICT  JUDGE