**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COMMERCIAL CREDIT GROUP, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**AMH LOGISTICS, INC., et al.,**<br><br>Defendant | CASE NO. 1:19-CV-1081 AWI EPG<br><br>**ORDER  REFERRING PENDING MOTION TO MAGISTRATE JUDGE GROSJEAN**<br><br>**ORDER VACATING JUNE 15, 202 HEARING DATE** |

On December 18, 2019, the Court adopted a Findings and Recommendation that recommended granting Plaintiff a writ of possession.  See Doc. No. 22.  An amended writ of possession issued the next day.  See id. at Doc. No. 25.  Currently pending before the Court is Plaintiff's motion for the issuance of an order to show cause for violations of the writ of possession.  See Doc. No. 32.  Plaintiff in part seeks coercive incarceration.  See id.  Hearing on this motion is set for June 15, 2020.  After consideration, the Court finds that the pending motion should be referred to Magistrate Judge Erica P. Grosjean for entry Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for issuance of a show cause order (Doc. No. 32) is REFERRED to Magistrate Judge Erica P. Grosjean;
2. The June 15, 2020, hearing before the undersigned is VACATED; and
3. If Magistrate Judge Erica P. Grosjean desires a hearing on the pending motion, Magistrate Judge Grosjean's Chambers will contact the parties and set a hearing date at her convenience.

IT IS SO ORDERED.

Dated:   June 10, 2020                                          _____
                                                                                    SENIOR  DISTRICT  JUDGE