IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., | CASE NO. 1:19-cv-01081-AWI-EPG |
| Plaintiff, | ORDER SETTING HEARING CONCERNING MOTION FOR ORDER TO SHOW CAUSE |
| v. | (ECF No. 32) |
| AMH LOGISTICS, INC., et al., | |
| Defendants. | |

On December 18, 2019, the Court granted the application of Plaintiff Commercial Credit Group Inc. ("Plaintiff") for a writ of possession. (ECF No. 22). That writ required the Defendants in this action to turn over specified vehicles to the United States Marshal. (*Id.*). On May 8, 2020, Plaintiff filed a motion for an order to show cause. (ECF No. 32) (the "Motion"). In the Motion, Plaintiff claimed that the Defendants never provided the vehicles to the Marshal. The Motion seeks to hold all Defendants except AMK Transport Inc. in contempt of court and **to incarcerate Defendants Karnvir Singh and Maninder Kaur Bains until they turn over the vehicles.**[1] On

---

[1] Specifically, Plaintiff "requests that in addition to coercively requiring Singh, Bains, AM2, AMH and BKSG to make daily payment to [Plaintiff] in an amount to be set by the Court and **until the vehicles are turned over, [Plaintiff] requests the court to coercively incarcerate Singh and/or Bains if they do not comply with the Court's contempt order within 10 days after it issues and is served upon them.**" (ECF No. 32, at 14-15).

June 10, 2020, District Judge Ishii referred the Motion to the undersigned. (ECF No. 34).

Based on the Court's review of the Motion and the docket, Defendant AMK Transport Inc. ("AMK") remains a party to this action and has not been held in default. However, the Court could not locate proof of service of the Motion on AMK. (ECF Nos. 32-3—32-10) (proofs of service on other defendants). Although it appears Plaintiff does not seek a contempt order against AMK, the Court notes Federal Rule of Civil Procedure 5(a)(1) typically requires each motion "to be served on every party[.]" *See also* Local Rule 135(d) ("Unless a party expressly waives service, copies of all documents submitted to the Court shall be served upon all parties to the action, except that no service need be made upon parties held in default for failure to appear . . . .").

It is HEREBY ORDERED that:

1. The Court sets a telephonic hearing on the Motion for August 7, 2020, at 10:00 am. All parties must appear telephonically at the hearing. To participate telephonically, each party is directed to use the following dial-in number and passcode: dial-in 1-888-251-2909; passcode 1024453.
2. No later than 14 days before the hearing, Plaintiff shall attempt personal service of this order on Defendants Karnvir Singh and Maninder Kaur Bains. No later than 10 days before the hearing, Plaintiff shall file proof of such personal service or an explanation of why personal service was impossible.
3. No later than 10 days before the hearing, Plaintiff shall file proofs of proper service of the Motion on Defendant AMK Transport Inc. or an explanation for why sanctions including incarceration should issue despite a failure of such service.

IT IS SO ORDERED.

Dated:   **June 16, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2