UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> AMH LOGISTICS, INC., et al., <br><br> Defendants. | Case No.  1:19-cv-01081-AWI-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMK TRANSPORT INC. ONLY WITHOUT PREJUDICE <br><br> (ECF No. 36) |

On June 19, 2020, Plaintiff Commercial Credit Group Inc. filed a notice of voluntary dismissal of Defendant AMK Transport Inc. without prejudice. (ECF No. 36.) Defendant AMK Transport Inc. has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended against AMK Transport Inc. and is such defendant dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to designate on the docket that Defendant AMK Transport Inc. has been terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated:  **June 22, 2020**                        /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

1