UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMH LOGISTICS, INC. et al.,<br><br>Defendants. | No. 1:19-cv-01081-AWI-EPG<br><br>**ORDER VACATING PRIOR ORDER, AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, ORDER GRANTING MOTION TO SHOW CAUSE, and ORDER FOR DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**<br><br>(Doc. Nos. 32, 40, 42) |

On October 6, 2020, the Court adopted a Findings and Recommendation. See Doc. No. 42. The order adopting did three things: adopted the Findings and Recommendation, granted Plaintiff's motion for an order to show cause, and ordered Defendants to show cause why they should not be held in contempt. See id. However, the style of the order simply stated "Order Adopting Findings and Recommendation." See id. On October 7, 2020, Plaintiff contacted the Court to request clarification regarding the intent of the Order Adopting because the style did not identify all that was ordered. Because Defendants have not appeared and are likely pro se, and to address the concerns of the Plaintiff, the Court will vacate the prior order adopting the Findings and Recommendation. The Court will reissue the Order Adopting verbatim, but will change the style of the order to reflect the three things that the Order Adopting is accomplishing.

## THE FINDINGS & RECOMMENDATIONS

Plaintiff, Commercial Credit Group Inc. ("Plaintiff") filed the Complaint against Defendants, AMH Logistics, Inc., aka AMH Logistics Inc., ("AMH"); AM2 Logistic Inc., aka AM2 Logistic Inc. ("AM2"); Karnvir Singh ("Singh"); Maninder Kaur Bains ("Bains"); AMK

Transport Inc., ("AMK");[1] and BKSG Transportation, LLC ("BKSG") (collectively, other than AMK, "Defendants") on August 6, 2019. (ECF No. 1.) On May 8, 2020, Plaintiff moved for an issuance of an order to show cause why Defendants should not be held in contempt for failing to comply with the Court's order on December 17, 2019, concerning Plaintiff's motion for a writ of possession (ECF No. 22, hereinafter the "Turnover Order"). (ECF No. 32). The Court referred the motion to Magistrate Judge Erica P. Grosjean on July 10, 2020. (ECF No. 34). On August 17, 2020, Judge Grosjean issued findings and recommendations, recommending that:

1) CCG's motion for an issuance of an order to show cause be GRANTED.
2) That the Court order Defendants, within fourteen (14) days of being served with the order to show cause, to show cause in writing:
   a. Why Defendants, and each of them, should not be held in contempt of court for violating the Turnover Order;
   b. Why Defendants, and each of them, should not forthwith take all steps necessary and appropriate to turn over all of the vehicles identified in the Turnover Order to CCG within 10 days of service of an order holding them in contempt;
   c. Why Defendants Singh, Bains, or both should not be coercively incarcerated if all of the vehicles listed in Turnover Order are not turned over to CCG within 10 days of service of an order holding them in contempt until such time they fully comply with the Turnover Order; and
   d. Why such other relief that the Court may deem just and proper should not be imposed against Defendants, including monetary sanctions, to coercively cause Defendants' compliance with the Turnover Order and order of contempt.

(ECF No. 40 at 5).

Defendants were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and Defendants have not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

---

[1] On June 19, 2020, Plaintiff voluntarily dismissed this action against AMK. (ECF No. 36).

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's October 6, 2020 Order Adopting is VACATED;
2. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on August 17, 2020, are ADOPTED IN FULL;
3. Plaintiff's motion for an issuance of an order to show cause (Doc. No.32) is GRANTED; and
4. Defendants, within fourteen (14) days of being served with this order, must show cause in writing:
   a) Why Defendants, and each of them, should not be held in contempt of court for violating the Turnover Order;
   b) Why Defendants, and each of them, should not forthwith take all steps necessary and appropriate to turn over all of the vehicles identified in the Turnover Order to Plaintiff within 10 days of service of an order holding them in contempt;
   c) Why Defendants Singh, Bains, or both should not be coercively incarcerated if all of the vehicles listed in Turnover Order are not turned over to Plaintiff within 10 days of service of an order holding them in contempt until such time they fully comply with the Turnover Order; and
   d) Why such other relief that the Court may deem just and proper should not be imposed against Defendants, including monetary sanctions, to coercively cause Defendants' compliance with the Turnover Order and order of contempt.

IT IS SO ORDERED.

Dated:  October 7, 2020                                  _____
                                                         SENIOR DISTRICT JUDGE