UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMH LOGISTICS, INC., et al, <br><br> Defendants. | No. 1:19-cv-01081-AWI-EPG <br><br> ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE |

On October 6, 2020, the Court adopted the undersigned's findings and recommendations, and granted the motion filed by Plaintiff Commercial Credit Group, Inc. ("Plaintiff") to order Defendants AMH Logistics, Inc., aka AMH Logistics Inc., ("AMH"); AM2 Logistic Inc., aka AM2 Logistic Inc. ("AM2"); Karnvir Singh ("Singh); Maninder Kaur Bains ("Bains"); AMK Transport Inc., ("AMK");[1] and BKSG Transportation, LLC ("BKSG") (collectively, other than AMK, "Defendants") to show cause why they should not be held in contempt of court (ECF No. 42). The Court ordered that "Defendants, within fourteen (14) days of being served with the order to show cause, to show cause in writing" why they should not be held in contempt, including by coercively incarcerating Singh and Bains. (*Id.* at 1).

Defendants have not made an appearance. Therefore, they have not yet been served with the Court's order.

---

[1] On June 19, 2020, Plaintiff voluntarily dismissed this action against AMK. (ECF No. 36).

1

Therefore, the Court HEREBY ORDERS that Plaintiff shall, within seven days, file proof of service of the Court's October 6, 2020 order (ECF No. 42) on Defendants.

IT IS SO ORDERED.

Dated: __**October 7, 2020**__              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE