UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMH LOGISTICS, INC., et al, <br><br> Defendants. | No. 1:19-cv-01081-AWI-EPG <br><br> ORDER VACATING PRIOR ORDER TO FILE PROOF OF SERVICE <br><br> (ECF No. 44) <br><br> ORDER REQUIRING PLAINTIFF TO FILE PROOF OF SERVICE |

On October 6, 2020, the Court adopted the undersigned's findings and recommendations, and granted the motion filed by Plaintiff Commercial Credit Group, Inc. ("Plaintiff") to order Defendants AMH Logistics, Inc., aka AMH Logistics Inc., ("AMH"); AM2 Logistic Inc., aka AM2 Logistic Inc. ("AM2"); Karnvir Singh ("Singh); Maninder Kaur Bains ("Bains"); AMK Transport Inc., ("AMK");[1] and BKSG Transportation, LLC ("BKSG") (collectively, other than AMK, "Defendants")  to show cause why they should not be held in contempt of court (ECF No. 42). The undersigned ordered Plaintiff to serve Defendants with the October 6, 2020 order. (ECF No. 44). On October 7, 2020, the Court vacated and amended its October 6, 2020 order. (ECF No. 43). Therefore, the October 6, 2020 order which the Court ordered Plaintiff to serve on Defendants is no longer operative. Rather, Defendants need to be served with the Court's amended, October 7, 2020 order.

---

[1] On June 19, 2020, Plaintiff voluntarily dismissed this action against AMK. (ECF No. 36).

1

Accordingly, it is HEREBY ORDERED that:

1) The Court's October 7, 2020 order to serve Defendants with the October 6, 2020 order (ECF No. 44) is VACATED.

2) Plaintiff shall serve, within seven days, proof of service of the Court's October 7, 2020 order (ECF No. 43) on Defendants.

IT IS SO ORDERED.

Dated:  **October 8, 2020**                         /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE