UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMH LOGISTICS, INC, et al.,<br><br>Defendants | CASE NO. 1:19-CV-01081 AWI EPG<br><br>ORDER HOLDING DEFENDANTS IN CONTEMPT<br><br>(Doc. No. 43) |

This is a commercial dispute between Commercial Credit Group, Inc. ("CCG") and Defendants regarding a defaulted loan. On December 19, 2019, CCG obtained a writ of possession from this Court to repossess various trucking/transport vehicles and equipment ("the Vehicles"). See Doc. Nos. 21, 22, 25. Among other things, the Court ordered Defendants to transfer possession of the Vehicles to CCG via the United States Marshal. See Doc. No. 22. Defendants were cautioned that the failure to turn over possession of the Vehicles could subject Defendants to being held in contempt of court. See id. Despite the writ of possession and the orders of this Court, Defendants have failed to turn over possession of the subject Vehicles and the U.S. Marshal Service has been unable to take possession of the Vehicles.

On October 7, 2020, the Court adopted a findings and recommendation that had recommended granting CCG's motion to hold Defendants in contempt. See Doc. Nos. 40, 43. As part of the order adopting the findings and recommendation, the Court issued the following orders to Defendants:

Defendants, within fourteen (14) days of service of this order, must show cause in writing:

(a) Why Defendants, and each of them, should not be held in contempt of Court for violating the Turnover Order;

(b) Why Defendants, and each of them, should not forthwith take all steps necessary

|   |   | and appropriate to turn over all of the vehicles identified in the Turnover Order to Plaintiff within 10 days of service of an order holding them in contempt; |
|---|---|---|
|   | (c) | Why Defendants Singh, Bains, or both should not be coercively incarcerated if all of the vehicles listed in the Turnover Order are not turned over to Plaintiff within 10 days of service of an order holding them in contempt until such time as they fully comply with the Turnover Order; and |
|   | (d) | Why such other relief that the Court may deem just and proper should not be imposed against Defendants, including monetary sanctions, to coercively cause Defendants' compliance with the Turnover Order and order of contempt |

Doc. No. 43.  A notice of service was filed on October 13, 2020.  See Doc. No. 47.

More than fourteen (14) days have passed since the notice of service was filed.  To date, Defendants have not responded in any way to the order to show cause.  Given Defendants failure to respond, the Court sees no alternative but to hold Defendants in contempt, consistent with the Court's October 7, 2020 Order.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are adjudged to be IN CIVIL CONTEMPT for violation of the Court's December 19, 2019 Order (Doc. No. 22);

2. Within ten (10) days of service of this order, Defendants shall contact Plaintiff and take all steps necessary and appropriate to turn over all of the Vehicles identified in the Turnover Order to Plaintiff;

3. If Defendants fail to turn over the subject to Vehicles to CCG within ten (10) days of service of this order, and Defendants have not otherwise satisfactorily communicated or made arrangements with Plaintiff for the turn over of the subject Vehicles, then the Court will issue a bench warrant/arrest warrant for Defendants Singh and Bains;

4. Upon the successful execution of a bench warrant/arrest warrant, the Court will listen to the position of Defendants Singh and Bains in order to ascertain appropriate remedies to

      compel their compliance with the Turnover Order, including but not limited to coercive incarceration and monetary penalties;

5. Plaintiff is directed to serve Defendants with a copy of this order and to file a notice of service once service has been accomplished; and

6. Upon the expiration of ten (10) days of service of this notice, Plaintiff shall file a notice with the Court to inform the Court whether Defendants have contacted Plaintiff and whether an acceptable course of conduct has been arranged with Plaintiff regarding the Vehicles to be turned over.

IT IS SO ORDERED.

Dated:   November 3, 2020                                       /s/ signature

SENIOR DISTRICT JUDGE