UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMH LOGISTICS, INC, et al.,<br><br>Defendants | CASE NO. 1:19-CV-1081 AWI EPG<br><br>ORDER DISOLVING CONTEMPT ORDER AND CLOSING CASE IN LIGHT OF PLAINTIFF'S RULE 41(a)(1) REQUEST FOR DISMISSAL WITHOUT PREJUDICE<br><br>(Doc. Nos. 48, 60) |

On November 30, 2022, the Court ordered the Plaintiff to provide a status report. See Doc. No. 59. As part of the order, the Court requested that Plaintiff explain whether it wishes to continue to prosecute this case in light of the passage of time and the Defendants' declarations. See id.

On December 7, 2022, Plaintiff responded in part by stating that the contempt order could be dissolved and requesting the Court dismiss the case without prejudice. See Doc. No. 60. The Court construes this request a notice of dismissal under Rule 41(a)(1)(A)(i).

Federal Rule of Civil Procedure 41(a)(1), in relevant part, reads: "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed, and it appears that no such documents have been served.  Because Plaintiff has exercised its right to voluntarily dismiss its complaint without prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.  Further, in light of the representations of Plaintiff and the automatic termination of this case, the Court will dissolve the Contempt Order against Defendants.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. As this case has automatically terminated pursuant to Plaintiff's Rule 41(a)(1) notice of dismissal without prejudice (Doc No. 60), the Clerk shall CLOSE this case; and
2. The November 3, 2020 contempt order (Doc. No. 48) is DISSOLVED.

IT IS SO ORDERED.

Dated:   December 15, 2022                    _____
                                                                  SENIOR  DISTRICT  JUDGE